IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

FILE NO. 5:14-CV-00278-BO

| | |
|---|---|
| JAMES M. ADAMS, SR. | ) |
| | ) |
| *Appellant*, | ) |
| | ) |
| v. | ) |
| | ) |
| RICHARD D. SPARKMAN, CHAPTER 7 TRUSTEE, | ) ) |
| | ) |
| *Appellee*. | ) |
| | ) |

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

FILE NO. 5:14-CV-00279-BO

| | |
|---|---|
| GAYLE W. ADAMS | ) |
| | ) |
| *Appellant*, | ) |
| | ) |
| v. | ) |
| | ) |
| RICHARD D. SPARKMAN, CHAPTER 7 TRUSTEE, | ) ) |
| | ) |
| *Appellee*. | ) |
| | ) |

## **ORDER**

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Motion to Consolidate Related Appeals filed by Appellant GAYLE W. ADAMS is hereby GRANTED. The above-captioned actions are consolidated with the lead case being Civil Action File No.: 5:14-CV-00278-BO.

Dated: ~~May~~ ___, 2014.
June 3

*Terrence Boyle* (signature)

**END OF DOCUMENT**